87 A.3d 769

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TERRELL L. HUBBARD, DEFENDANT–MOVANT.

February 4, 2014.

It is ORDERED that the motion for leave to appeal is granted.